E-FILED
Tuesday, 16 September, 2014  05:30:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-3399 |
| | ) | |
| DEBORAH A. HOSTETTER and | ) | |
| CHARLES W. HOSTETTER, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION CONFIRMING SALE

**SUE E. MYERSCOUGH, U.S. District Judge:**

The U.S. Marshal has been appointed by the Court to sell property at issue in this case.  The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court.  The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

> 234 North 4th Street, Cowden, Illinois 62422
> Lot 10 in Block 1 in W.W. Nance's Addition to the City of Cowden, situated in the County of Shelby and State of Illinois
> PIN No. 0524-03-13-305-001

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(i)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over defendants Deborah A. Hostetter and Charles W. Hostetter who are personally liable to Plaintiff for the deficiency from the sale.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed.

B. A deficiency judgment be and the same is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, ACTING THROUGH RURAL DEVELOPMENT, and against Defendants Deborah A. Hostetter and Charles W. Hostetter, in personam, in the amount of $50,532.09, and that execution may issue in accordance with the law.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 5/15-1509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E. There is no just reason to delay enforcement of or appeal from this final order.

IT IS SO ORDERED.

ENTER: September 16, 2014

FOR THE COURT: s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE